Linda DENNO, as parent, legal guardian and next friend for Wayne Denno, Plaintiff-Appellant,

v.

SCHOOL BOARD OF VOLUSIA COUNTY, FLORIDA;  Dennis Roberts, an individual, et al., Defendants-Appellees.

No. 98-2718.

United States Court of Appeals,

Eleventh Circuit.

Oct. 22, 1999.

Appeal from the United States District Court for the Middle District of Florida (No. CV-96-00763);  Anne C. Conway, Judge.

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and FORRESTER[*], District Judge.

BY THE COURT:

Pursuant to the Eleventh Circuit Rules and Internal Operating Procedures associated with Fed.R.App.P. 35, the panel *sua sponte* VACATES the previously published panel opinion, 182 F.3d 780 (11th Cir.1999), and orders panel rehearing.  The Clerk will issue supplemental briefing instructions.

---

[*]Honorable J. Owen Forrester, U.S. District Judge for the Northern District of Georgia, sitting by designation.